# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NAHABET CIMENIAN, )<br>)<br>    Appellant, )<br>)<br>v. )<br>)<br>WILLIAM LUMB, )<br>)<br>    Appellee. )<br>) | Docket No. 2:10-cv-405<br>D. Me. Bankruptcy Docket No. 08-0229 |

## ORDER DISMISSING APPEAL

Appellant Nahabet Cimenian filed his Notice of Appeal and Election to Have Appeal Heard before this Court (Docket # 1) on August 17, 2010. Pursuant to the September 29, 2010 Scheduling Order (Docket # 2) and this Court's October 20, 2010 Order Denying Appellant's Motion to Extend Time (Docket # 6), Appellant's Brief was due on October 13, 2010. As of November 10, 2010, no briefs have been received and Appellant has failed to prosecute this appeal without good cause.

Having reviewed the entire docket including the items designated by the Appellant (Docket # 1-2), the Court finds it is appropriate to dismiss this appeal pursuant to Fed. R. Bank. P. 8001(a) ("An appellant's failure to take any step other than timely filing a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal."). Therefore, this Appeal is hereby DISMISSED.

SO ORDERED.

                                                                              /s/ George Z. Singal
                                                                              United States District Judge

Dated this 10th day of November, 2010.